PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisability.com

Attorney for Plaintiff,
DONNA ZIMBLER

FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

NOTE CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DONNA ZIMBLER,

Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner Social Security,

Defendant.

Case No.: CV 13-04635-E

[~~proposed~~] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

Magistrate Judge: Charles F. Eick

*The Court has taken notice of the assignment at page 83 of the Administrative Record, filed November 8, 2013.*

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND EIGHT HUNDRED SIXTY and 08/100 DOLLARS ($5,860.08), pursuant to 28 U.S.C. § 2412(d), and expenses and costs in the amount of ONE HUNDRED THIRTY-NINE and 92/100 DOLLARS ($139.92), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: 11/3/14

Charles F. Eick
UNITED STATES MAGISTRATE JUDGE